UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jul 22, 2025
SEAN F. McAVOY, CLERK

In Re:

MELISSA ANN HUELSMAN,

Lawyer.

No. 2:25-mc-00031-SAB

ORDER TO SHOW CAUSE

Effective July 18, 2025, the Washington Supreme Court suspended Melissa Ann Huelsman from the practice of law in the State of Washington for a period of twelve (12) months, effective July 18, 2025.

**ACCORDINGLY, IT IS ORDERED:**

Within twenty-eight days of the entry of this Order, Attorney Melissa Ann Huelsman shall show cause, if any, why she should not be suspended by the U.S. District Court for the Eastern District of Washington. *See* LCivR 83.3(d). To avoid suspension, Ms. Huelsman must show one of the following: (1) she has been deprived of due process; (2) there is insufficient proof of misconduct; or (3) a grave injustice would result from imposition of the proposed discipline. *See In re Kramer*, 193 F.3d 1131(9th Cir. 1999); LCivR 83.3(d).

**DATED** this 22nd day of July 2025



_____
SEAN McAVOY
DISTRICT COURT EXECUTIVE/CLERK OF COURT

ORDER TO SHOW CAUSE ~ 1

CERTIFICATE OF SERVICE

I hereby certify that I served said attorney with the Order to Show Cause using the following methods on July 22, 2025

☒ Service by ECF email account;

☒ First Class mail to the public mailing address listed in the Washington State Bar Association's Lawyer Directory:

        Melissa Ann Huelsman
        Law Offices of Melissa A. Huelsman, PS
        10728 16th Ave SW
        Seattle, WA 98146-2001

Signature: _____

Date: July 22, 2025

ORDER TO SHOW CAUSE ~ 2